UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:24-cv-02629-WBS-CSK |
| | No. 2:24-cv-02630-WBS-CSK |
| | No. 2:24-cv-02631-WBS-CSK |
| | No. 2:24-cv-02632-WBS-CSK |
| | No. 2:24-cv-02633-WBS-CSK |
| | No. 2:24-cv-02636-WBS-CSK |
| | No. 2:24-cv-02657-WBS-CSK |
| | No. 2:24-cv-02658-WBS-CSK |
| | No. 2:24-cv-02659-WBS-CSK |
| | No. 2:24-cv-02660-WBS-CSK |
| | |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02629, 2:24-cv-02630, 2:24-cv-02631, 2:24-cv-02632, 2:24-cv-02633, 2:24-cv-02636, 2:24-cv-02657, 2:24-cv-02658, 2:24-cv-02659 and 2:24-cv-02660 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further filings will be accepted.

Dated:  November 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In the captions of 2:24-cv-02630, 2:24-cv-02631, 2:24-cv-02632, 2:24-cv-02633 and 2:24-cv-02636, plaintiff names the Yolo County Superior Court.  In the captions of 2:24-cv-02657, 2:24-cv-02658, 2:24-cv-02659 and 2:24-cv-02660, plaintiff names the Kings County Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-02630, 2:24-cv-02631, 2:24-cv-02632, 2:24-cv-02633, 2:24-cv-02636, 2:24-cv-02657, 2:24-cv-02658, 2:24-cv-02659 and 2:24-cv-02660 are related to Plaintiff's Alameda County criminal conviction.